UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CHANA TAUB,                           :
                                      :
                 Plaintiff,           :    10 Civ. 7421 (JSR)
                                      :
           -v-                        :           ORDER
                                      :
SIMON TAUB et al.,                    :
                                      :
                 Defendants.          :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.



    On December 8, 2010, the Honorable Frank Maas, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending a sua sponte dismissal of this case. Objections to the Report and Recommendation, if any, were due on December 27, 2010. On December 20, 2010, plaintiff filed a letter with the Court requesting an extension of thirty days to file her objections to the Report and Recommendation. The Court granted the request, and specified that plaintiff was required to file any objections to the Report and Recommendation by no later than January 27, 2011.

    The Court is now in receipt of another letter from plaintiff, dated January 27, 2011, requesting an additional thirty-day extension to file her objections to the Report and Recommendation. The Court denies plaintiff's second request for additional time. However, plaintiff attached to her December 20, 2010 letter a summary of the objections she intended to file to the Report and Recommendation, a

document the Court construes as a <u>de facto</u> set of objections. The Court has therefore reviewed the objections and the underlying record <u>de novo</u>.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Maas's Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court dismisses the action, with prejudice, and the Clerk of the Court is directed to enter final judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 7, 2011